THOMPSON, Executor v. Box *et ux.*

*Appeal from Lee District Court.*

TUESDAY, APRIL 16.

BALDWIN, J.—Upon the authority of *Babcock* v. *Hoey et ux, ante,* that portion of the decree of the District Court which exempts lot 43 from foreclosure, for the reason that it is the homestead of defendants, is reversed. The question argued by counsel as to whether the homestead had been abandoned becomes unimportant under the ruling of the court upon the other branch of this cause.

Reversed.